**Joe Freddie FLEMING,
Petitioner–Appellant,**

v.

**James A. COLLINS, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellee.**

No. 88–1334.

United States Court of Appeals,
Fifth Circuit.

March 19, 1991.

Joe Freddie Fleming, Rosharon, Tex., pro se.

S. Michael Bozarth, Asst. Atty. Gen., Jim Mattox, Atty. Gen., Austin, Tex., for respondent-appellee.

---

ON SUGGESTION FOR ·
REHEARING EN BANC

(Opinion November 5, 1990, 5 Cir.,
1990, 917 F.2d 850)

Before CLARK, Chief Judge, POLITZ, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHE, WIENER and BARKSDALE, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

* Judge Johnson is recused, and therefore did not participate in this decision.